IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| CARL GALLO, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | )  Case No. 3:19-cv-624-MAB |
| | ) |
| JENNIFER PROSISE, JASON ORKIES, | ) |
| and MORGENTHALER,[1] | ) |
| | ) |
| Defendants. | ) |
| | ) |
| | ) |

# JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.**

**IT IS ORDERED AND ADJUDGED** that pursuant to the Order dated August 26, 2021, which granted summary judgment to Defendants Jennifer Prosise, Jason Orkies, and Warden Morgenthaler, these Defendants were **DISMISSED with prejudice** (Doc. 72). Judgment is entered in favor of Defendants Prosise, Orkies, and Morgenthaler and against Plaintiff.

Plaintiff shall recover nothing, and this action is **DISMISSED** in its entirety.

---

[1] The docket also lists "Warden" (Big Muddy River CC) as a Defendant in addition to "Daniel Sullivan" and "Morgenthaler" Pursuant to the Order at Doc. 15, Daniel Sullivan was substituted as the Warden of Big Muddy River CC. Then, pursuant to the Order at Doc. 62, Sullivan was substituted by Morgenthaler as the Warden of Big Muddy River CC.   Therefore, Warden and Sullivan were not included in the caption as a Defendants in this case.

DATED: August 27, 2021

                                           **MARGARET M. ROBERTIE,**
                                           **Clerk of Court**

                                           BY:  /s/ *Jennifer Jones*
                                                          **Deputy Clerk**

APPROVED:  /s/ Mark A. Beatty
                      **MARK A. BEATTY**
                      **United States Magistrate Judge**